MAX SANDLER, Respondent, *v.* MORRIS GARFINKEL et al.,
Appellants.

*Sandler* v. *Garfinkel*, 147 App. Div. 928, affirmed.
(Argued May 7, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered November 21, 1911, affirming a judgment in
favor of plaintiff entered upon a decision of the court at
a Trial Term without a jury in an action to recover upon
a bond.

*Max Monfried* for appellants.

*William C. Mills* and *H. D. Wright* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER,
HISCOCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.

---

JAMES F. MORAN, Respondent, *v.* NEW YORK STATE
RAILWAYS, Appellant.

*Moran* v. *New York State Railways*, 155 App. Div. 14, affirmed.
(Argued May 7, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
January 9, 1913, affirming a judgment in favor of plain-
tiff entered upon a verdict in an action to recover for
personal injuries alleged to have been sustained by plain-
tiff through the negligence of defendant, his employer.

*W. A. Matson* for appellant.

*George D. Reed* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.